AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| ATHENE USA CORPORATION, ATHENE ANNUITY AND LIFE COMPANY, and ATHENE ANNUITY & LIFE ASSURANCE COMPANY, | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  3:16CV51 |
| JAY LARRY HORSEY | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JAY LARRY HORSEY

6721 Welch Drive
Chesterfield, VA 23832


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Dawn B. Williams (VA Bar 71650)
Carlton Fields Jorden Burt, P.A.
1025 Thomas Jefferson St. NW, Suite 400E
Washington, D.C. 20007
Telephone: (202) 295-6518
dwilliams@carltonfields.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

FILE COPY

Date:  01/27/2016

*Signature of Clerk or Deputy Clerk*